# SCRANTON LAW FIRM

May 6, 2014

Honorable Jacqueline Scott Corley
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

      Re:    **Beverly Landers v. Kohl's Department Stores, Inc.**
              Case No. 14-cv-00201-JSC

Dear Judge Corley:

This letter is being sent to request approval to appear telephonically via Court Call at the Case Management Conference on May 22, 2014 at 1:30 p.m.

The grounds for this request is that I have two depositions in Sonora commencing at 11:00 a.m. in the matter of *Beihl v. Miller,* Tuolumne County Superior Court, Case No. CV58368. The Case Management Conference was originally set for May 15, 2014 but was recently moved to May 22, 2014. These depositions were set prior to this continuance.

Please advise if this request is granted.

Very truly yours,

SCRANTON LAW FIRM

LOUIS G. BEARY
Attorney at Law
LGB:cd
Enclosures

cc:    Jeffrey M. Lenkov, Esq
        Manning & Kass, et al.

```
Counsel shall contact Court Call at 1-888-882-6878
to make the arrangements to appear by telephone.
```

Dated: 5/7/2014



GRANTED
Judge Jacqueline Scott Corley

---

**Representing accident victims for over 35 years**

Main California Office
2450 Stanwell Drive
Concord, CA 94520-4825

www.scrantonlawfirm.com

FAX  925 676 9999
**925 602 2727**