UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY LANDERS,

    Plaintiff,

    v.

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

Case No. 14-cv-00201-JSC

**ORDER RE: MOTION TO WITHDRAW**

During the case management conference held today in the above-captioned case, Plaintiff's counsel indicated his intent to file a motion to withdraw as counsel. The Court ordered Plaintiff's counsel to file any motion to withdraw within 30 days from today and notice it for a hearing at least 35 days from filing in accordance with Local Civil Rule 7-2(a).

Plaintiff Beverley Landers is ordered to personally appear at the hearing on counsel's motion to withdraw unless new counsel enters an appearance in the case before that date. The Court will schedule a future case management conference at the hearing.

Plaintiff's counsel shall serve Plaintiff with a copy of this Order and his motion to withdraw.

**IT IS SO ORDERED.**

Dated: May 22, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge