1   LOUIS G. BEARY, SBN 152341
     **SCRANTON LAW FIRM**
2   2450 Stanwell Drive
     Concord, CA 94520
3   T. (925) 602-2727
     F. (925) 676-9999

4

5   Attorney for Plaintiff
     BEVERLY LANDERS

6

7

**IT IS SO ORDERED**

*Jacqueline S. Corley*

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8          **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA**

10

11   BEVERLY LANDERS,           Case No.: 14-cv-00201-JSC

12        Plaintiff,

13       v.                   **STIPULATION OF VOLUNTARY**
                            **DISMISSAL PURSUANT TO F.R.C.P.**
14   KOHL'S DEPARTMENT STORES, INC.,    **41(a)(1)(A)(ii)**

15      Defendants.

16

17         IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

18   respective counsel of record, that the above-captioned action is voluntarily dismissed, with

19   prejudice, against the defendant Kohl's Department Stores, Inc. pursuant to the Federal Rules of

20   Civil Procedure 41(a)(1)(A)(ii).

21   Dated: June 16, 2014                SCRANTON LAW FIRM

22

23                 By: _____
                      LOUIS G. BEARY
24                   Attorney for Plaintiff BEVERLY
                      LANDERS

25   Dated: June 16, 2014           MANNING & KASS, ELLROD,
                      RAMIREZ, TRESTER, LLP
26

27                 By: _____
                      JEFFREY M. LENKOV
28                   Attorney for Defendant KOHL'S
                      DEPARTMENT STORES, INC.

*(left margin vertical text)* SCRANTON LAW FIRM A PROFESSIONAL CORPORATION 2450 STANWELL DRIVE CONCORD, CA 94520 (925) 602-2727 (925) 676-9999 FAX